THE HON. TANA LIN
TRIAL DATE: 03/13/2023

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROGELIO HERNANDEZ and CARMEN SERRANO, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>Defendant. | No. 3:22-cv-05102-TL<br><br>STIPULATION FOR AND (PROPOSED) ORDER OF DISMISSAL<br><br>NOTED FOR: 05/13/2022 |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties hereto that all claims in this action shall be dismissed with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

STIPULATION FOR AND (PROPOSED)
ORDER OF DISMISSAL (Cause No. 3:22-cv-05102-TL) – 1
JMS1379.942/4156285X



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 13th day of May, 2022

_____
Stephanie L. Bloomfield, WSBA #24251
Robert C. Wilke, WSBA #49337
Gordon Thomas Honeywell
P.O. Box 1157
Tacoma, WA  98401-1157
253-620-6500 P | 253-620-6565 F
sbloomfield@gth-law.com
rwilke@gth-law.com
Attorneys for Plaintiffs

*s/John M. Silk*
John M. Silk, WSBA No. 15035
J.J. Hutson, WSBA #16328
Wilson Smith Cochran Dickerson
1000 Second Ave., Suite 2050
Seattle, WA  98104
(206) 623-4100 T | (206) 623-9273 F
silk@wscd.com | hutson@wscd.com
Attorneys for Defendant

### ORDER OF DISMISSAL

Based on the above Stipulation, IT IS HEREBY ORDERED that this action is hereby dismissed, with prejudice, with each party to bear their own attorneys' fees, costs, and other litigation expenses.

DATED this 16th day of May 2022.

_____
Tana Lin
United States District Judge

STIPULATION FOR AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 3:22-cv-05102-TL) – 2
JMS1379.942/4156285X

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorney for Plaintiffs**
Stephanie L. Bloomfield, WSBA #24251
Robert C. Wilke, WSBA #49337
Gordon Thomas Honeywell
P.O. Box 1157
Tacoma, WA  98401-1157
253-620-6500 P | 253-620-6565 F
sbloomfield@gth-law.com
rwilke@gth-law.com
cscheall@gth-law.com

**SIGNED** this 13th day of May, 2022, at Seattle, Washington.

        _s/Yana Strelyuk_____
        Yana Strelyuk, Legal Assistant

STIPULATION FOR AND (PROPOSED) ORDER OF DISMISSAL (Cause No. 3:22-cv-05102-TL) – 3
JMS1379.942/4156285X



WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington  98104
Telephone: (206) 623-4100
Fax: (206) 623-9273